NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30512
13-OCT-2010
05:28 PM**

NO. 30512

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


LEAH I. BENZ,
Claimant-Appellant,

v.

HAWAIIAN AIRLINES, INC., and
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

and

AIG DOMESTIC CLAIMS, INC./JOHN MULLEN & COMPANY, INC.,
Employer/Insurance Carrier/Insurance Adjuster-Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2007-393)

ORDER GRANTING THE STIPULATION
FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Ginoza, JJ.)


Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice, the papers in support, and the records and files herein, it appears that: (1) the parties have settled the underlying claims that resulted in this appeal; (2) the parties

have stipulated to withdraw the appeal; and (3) the parties state there are no outstanding fees and costs.  Therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal with Prejudice is approved, and this appeal is dismissed with prejudice.

DATED: Honolulu, Hawai'i, October 13, 2010.


*Craig H. Nakamura*

Chief Judge


*[signature]*

Associate Judge


*[signature]*

Associate Judge